**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

UNITED STATES OF AMERICA

v.                                          Case No. 2:00cr205

LEIGH ALAN FRANKLIN GREENE,

        Defendant.

<u>ORDER OF DETENTION</u>

This matter came before the Court on the Government's motion to detain Defendant pending a hearing on a supervised release violation. Defendant stipulated probable cause and the Court proceeded to conduct the detention hearing.

In accordance with the standards set forth in Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court FINDS that Defendant has failed to meet the burden of proof that he does not pose a danger to any other person or to the community.

Defendant is ORDERED detained pending the violation hearing in this matter.

Entered on September 27, 2006

                                                      /s/
                                        F. Bradford Stillman
                                        United States Magistrate Judge